**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

RECEIVED
MAY 22 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Robert Brooks Hoel,
Plaintiff,

v.

City of Minneapolis, et al.,
Defendants.

Case No. 25-cv-2212-JRT/JFD

EXHIBIT A

911 TRANSCRIPT – INCIDENT #24-153307
June 5, 2024

Transcript excerpt from 911 call made by private surveillance operator ("JJ") reporting an alleged theft in progress at 2851 Hennepin Avenue, Minneapolis, Minnesota. The call led to the police response and arrest of the Plaintiff.

[Begin Transcript Excerpt]

Operator: Minneapolis police and fire. How may I help you?
Caller: Hello, this is JJ from self-monitoring...

[Full transcript continues in original exhibit.]

This transcript was exported on Jul 03, 2024 - view the latest version here.

CN: 24-153307

6-5-24

Operator

Minneapolis police and fire. How May I help you?

Caller

Hello. Uh, this is JJ, from self-monitoring and we do leverage surveillance on the [Bohen 00:00:12] apartments. The address is 2851 Hennepin Avenue, Minneapolis, Minnesota.

Operator

Can you repeat the address for verification?

Caller

Sorry, could you come again?

Operator

Could you repeat the address for verification?

Caller

2851 Hennepin Avenue [inaudible 00:00:37], Minnesota.

Operato

r

Okay. And, uh, you said this is an apartment building?

Calle
r

This is the Bohen apartment,

Operato
r

The [Boeing 00:00:48] apartment?

Calle
r

Ye
s.

Operato
r

Okay. Tell me exactly what happened.

Calle
r

Uh, I would like to request a dispatch officer because we share on our live camera, that we share the male individual pulling something on the construction material beside on the building or, uh, [a theft/inaudible 00:01:08] in progress.



Operato
r

Sorry, you're seeing
what?

Calle
r

Uh, a theft in
progress.

Operato
r

A theft in progress. What what, what's going on? Tell me exactly what
happened.

Caller

Operato
r

And this is at 2851
Hennepin?

Calle
r

Yea
h.

Operato
r

Okay, give me one
second.

Calle
r

There was a lot of construction material here and the individual is on that area and I think
he's putting some metal on that area.

Operato
r

Uh, what race is the suspect? Do you have, is it in color the camera or is it black

and white?

Calle
r

Uh, uh, the individual, the description of the individual officer?

Operato
r

No, I'm saying like the camera feed that you're looking at, is it in black and white or is it in color?

Calle
r

Colo
r.

Operato
r

Okay. What race is the suspect?

Calle
r



Operato
r

Caller

Operato
r

Okay. Does he have any weapons or tools on
him?

Calle
r

Uh, I couldn't share officer because it was, uh, fire on the camera and he's searching right now on the area.

Operato
r

So, he's just going through the construction
site?

Calle
r

Yes.
Yes.

Operato
r

Okay. And what is a good contact number for your
company?

Calle
r

Uh
,

Operator

Okay. And do you know if he arrived on foot or in a vehicle?

Caller

What is it? Come again?

Operator

Did he arrive on foot or in a vehicle?

Caller

Uh, on foot. And there was another individual also, uh, talking to one other individual right now.

Operator

Sorry, you said there's another person talking to the suspect?





Caller

Yes. Uh, he's, he's now loitering on the side of the building on our property also. But the individual on the cor
uh, holding something on the [inaudible 00:04:06]

Operator

And what does this other person look like?

Caller

Uh, hold on. Okay, can I give you my Photoshop? He's wearing a

Operator

Okay, about how old would you say?

Caller

Operator

Okay.

Caller

Operator

?

Caller

Operator

Okay, I will get officers out there as soon as possible. If anything changes give us a call back. My operator ID

Caller

9138441.

Operator

That is it.

Caller

Can I have the incident number for this one officer?

This transcript was exported on Jul 03, 2024 - view the latest version here.

Operator

Uh, yeah. That's gonna be 24-153307.

Caller

307. Okay, thank you officer, sir, uh, 138441. Thank you so much for taking the call. Have a good one.

Operator

You too. Bye-bye.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

Robert Brooks Hoel,
Plaintiff,

v.

City of Minneapolis, et al.,
Defendants.

Case No. ________________

RECEIVED
MAY 22 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

EXHIBIT B

Minneapolis Police Department Incident Report – June 5, 2024

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **24-153307**
Case Numbers:
Incident Date: **6/5/2024 23:53:21**
Report Generated: **9/3/2024 11:10:56**

### Incident Information

| | | | |
|---|---|---|---|
| **Incident Type:** | 2 Officer Response - Pct Car | **Alarm Level:** | |
| **Priority:** | 1 | **Problem:** | Silent Alarm (P) |
| **Determinant:** | | **Agency:** | POLICE |
| **Base Response#:** | | **Jurisdiction:** | MPD/MFD/HCMC |
| **Confirmation#:** | | **Division:** | Precinct 5 |
| **Taken By:** | Hults, Logan-CT | **Battalion:** | P5 Sec 1 |
| **Response Area:** | 514 | **Response Plan:** | P5 2 Officer Response |
| **Disposition:** | RPT-Report | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | | **Delay Reason (if any):** | |
| **Longitude:** | 93298262 | **Latitude:** | 44950935 |

### Incident Location

| | | | |
|---|---|---|---|
| **Location Name:** | | **County:** | HENNEPIN |
| **Address:** | 2851 Hennepin Av | **Location Type:** | |
| **Apartment:** | | **Cross Street:** | 28 ST W/LAGOON AV |
| **Building:** | | **Map Reference:** | 108G |
| **City, State, Zip:** | MINNEAPOLIS MN 55408 | | |

### Supplemental Information - Person

**PERSON 1**
**OLN:** [redacted] 18 USC 2721

### Call Receipt

| | | | |
|---|---|---|---|
| **Caller Name:** | STEALTH MONITORING | | |
| **Method Received:** | | **Call Back Phone:** | [redacted] 13.82 |
| **Caller Type:** | | **Caller Location:** | |
| **Caller Address:** | | **Caller Location Phone:** | |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

### Time Stamps

| Description | Date | Time | User |
|---|---|---|---|
| Phone Pickup | 6/5/2024 | 23:51:44 | |
| 1st Key Stroke | 6/5/2024 | 23:51:47 | |
| In Waiting Queue | 6/5/2024 | 23:53:26 | |
| Call Taking Complete | 6/5/2024 | 23:57:10 | Hults, Logan-CT |
| 1st Unit Assigned | 6/5/2024 | 23:56:21 | |
| 1st Unit Enroute | 6/5/2024 | 23:56:21 | |
| 1st Unit Arrived | 6/6/2024 | 00:09:25 | |
| Closed | 6/6/2024 | 03:08:34 | Mobile1 |

### Elapsed Times

| Description | Time |
|---|---|
| Received to In Queue | 00:00:05 |
| Call Taking | 00:03:49 |
| In Queue to 1st Assign | 00:02:55.5 |
| Call Received to 1st Assign | 00:04:37.5 |
| Assigned to 1st Enroute | 00:00:00.0 |
| Enroute to 1st Arrived | 00:13:04.1 |
| Incident Duration | 03:16:50 |

### Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 510 | Y | 23:56:21 | RPT-Report | 23:56:21 | | 00:09:25 | 00:16:50 | | 03:08:34 | | | |

### Personnel Assigned

| Unit | Name |
|---|---|
| 510 | Didovic, Adnan (001537); Sporny, Stephen C (006736) |

### Caution Notes

**No Caution Notes found**

### Pre-Scheduled Information

**No Pre-Scheduled Information**

### Transports

**No Transports Information**

### Transport Legs

**No Transports Information**

### Comments

| Date | Time | User | Type | Conf. | Comments |
|---|---|---|---|---|---|
| 6/5/2024 | 23:53:26 | CT138441 | Response | | CLR SEEING ON CAMERA TAKING CONSTRUCTION MATERIALS ON SIDE OF THE BLDG |
| 6/5/2024 | 23:53:53 | 133238 | Response | | 507 ACK |

| | | | | |
|---|---|---|---|---|
| 6/5/2024 | 23:54:24 | CT138441 | Response | SUSP IS WM WRG BLK TSHIRT / LIGHT COLORED PANTS |
| 6/5/2024 | 23:54:51 | CT138441 | Response | SUSP IS NOW GOING THROUGH THE CONSTRUCTION SITE |
| 6/5/2024 | 23:55:25 | CT138441 | Response | SUSP ARRIVED ON FOOT |
| 6/5/2024 | 23:56:59 | CT138441 | Response | POSS A 2ND SUSP SEEN TALKING TO MAIN SUSP...... #2 WM 30S WRG BLK THSIRT W/ LIGHT COLORED UNDERSHIRT / LIGHT COLORED PANTS |
| 6/6/2024 | 00:09:21 | 115405 | Response | 510 ONE DETAINED |
| 6/6/2024 | 00:16:50 | 133238 | Response | 510 C4 |
| 6/6/2024 | 00:31:50 | 510 | Response | transporting one adult male to 5th pct do drop bike off then jail starting miles 45976.9 |
| 6/6/2024 | 00:32:06 | 133238 | Response | Secondary Location for 510: PCT 5, 3101 NICOLLET AV S,MINNEAPOLIS, MN 55408. |
| 6/6/2024 | 00:36:16 | 510 | Response | AM AT 5TH PCT 45978.2 TO DROP BIKE OFF. |
| 6/6/2024 | 00:37:33 | 510 | Response | TRANSPORTING ONE ADULT MALE TO HCJ SM 45978.2 FOR IDENTIFICATION |
| 6/6/2024 | 00:40:40 | 133238 | Response | Secondary Location for 510: HC JAIL, 401 4 AV S,MINNEAPOLIS, MN 55415. |
| 6/6/2024 | 00:44:57 | 510 | Response | AM 45982.0 |

Address Changes

**No Address Changes**

Priority Changes

**No Priority Changes**

Alarm Level Changes

**No Alarm Level Changes**

Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 6/5/2024 | 23:53:22 | | Incident Priority Change | | Incident priority changed from 1 to 1 | CT138441 |
| 6/5/2024 | 23:53:22 | | SOP Updated | | Updated SOP information is available | CT138441 |
| 6/5/2024 | 23:53:22 | | Problem Nature | | Incident problem nature changed from <Blank> to Silent Alarm (P)~PD | CT138441 |
| 6/5/2024 | 23:53:26 | | Incident in Waiting Queue | | | |
| 6/5/2024 | 23:53:26 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 6/5/2024 | 23:53:31 | | Read Incident | 2851 Hennepin Av | Incident 563 was marked as read. | 133238 |
| 6/5/2024 | 23:53:36 | | Remove Waiting Pending Incident Warning | | Removing Waiting Pending Incident Time Warning timer expired | |
| 6/5/2024 | 23:53:36 | | Incident in Waiting Queue Timer Clear | | | |
| 6/5/2024 | 23:56:21 | 510 | D Dispatched | ALDRICH AV S\24 ST W | | 133238 |
| 6/5/2024 | 23:56:21 | 510 | E EnRoute | 2851 Hennepin Av | Responding From = ALDRICH AV S\24 ST W. | 133238 |
| 6/5/2024 | 23:57:10 | | UserAction | | User clicked Exit/Save | CT138441 |
| 6/5/2024 | 23:57:31 | | UserAction | | User clicked Exit/Save | CT138441 |
| 6/6/2024 | 00:09:25 | 510 | A Arrived | 2851 Hennepin Av | | 115405 |
| 6/6/2024 | 00:14:26 | 510 | Incident Late Timer | | | |
| 6/6/2024 | 00:14:26 | 510 | Custom Timer | | At Scene for Other Problem/Nat-Unit marked as late. | |
| 6/6/2024 | 00:15:13 | 510 | Record Check: Person Check | HENNEPIN AV\MIDTOWN GREENWAY W | 510 IncidentId: 12594563 DLNumber- [redacted] | 510 |
| 6/6/2024 | 00:15:13 | 510 | Person Check Supplemental info | HENNEPIN AV\MIDTOWN GREENWAY W | 18 USC 2721 [redacted] | 510 |
| 6/6/2024 | 00:15:13 | | Supplemental Information | 2851 Hennepin Av | [redacted] | Mobile1 |
| 6/6/2024 | 00:16:50 | 510 | C4 Code 4 | HENNEPIN AV\MIDTOWN GREENWAY W | [redacted] | 133238 |
| 6/6/2024 | 00:16:50 | | Incident Timer Clear | | Incident Timer Cleared For Vehicle | |
| 6/6/2024 | 00:31:50 | | Read Comment | 2851 Hennepin Av | Comment for Incident 563 was marked as read. | Mobile1 |
| 6/6/2024 | 00:32:06 | 510 | E2 EnRoute 2nd Loc | PCT 5 | Incident ID = 12594563, 3101 NICOLLET AV S 44946667, 93278056, | 133238 |
| 6/6/2024 | 00:35:09 | 510 | A2 Arrived 2nd Loc | PCT 5 | Incident ID = 12594563, 3101 NICOLLET AV S 44.946667, -93.278056, , | 510 |
| 6/6/2024 | 00:40:40 | 510 | E2 EnRoute 2nd Loc | HC JAIL | Incident ID = 12594563, 401 4 AV S 44976944, 93264444, | 133238 |
| 6/6/2024 | 00:44:33 | 510 | A2 Arrived 2nd Loc | HC JAIL | Incident ID = 12594563, 401 4 AV S 44.976944, -93.264444, , | 510 |
| 6/6/2024 | 01:55:23 | | UserAction | | User clicked Exit/Save | CT138276 |
| 6/6/2024 | 03:08:34 | 510 | __Available | 2851 Hennepin Av | Unit Cleared From Incident 24-153307 | 510 |
| 6/6/2024 | 03:08:34 | 510 | Response Closed | 2851 Hennepin Av | Response Disposition: RPT-Report | 510 |
| 6/7/2024 | 09:26:47 | | UserAction | | User clicked Exit/Save | CT126840 |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 6/5/2024 | 23:51:44 | Agency Name | | POLICE | (Response Viewer) | Incident | T01 | CT138441 |
| 6/5/2024 | 23:51:54 | Address | (Blank) | 2851 HEN | New Entry | Response_Master_Incident | T01 | CT138441 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/5/2024 | 23:52:12 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:52:12 | Response_Area | 514 | 514 | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:52:12 | Battalion | P5 Sec 1 | P5 Sec 1 | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:52:12 | Division | Precinct 5 | Precinct 5 | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:52:12 | Jurisdiction | MPD/MFD/HCMC | MPD/MFD/HCMC | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:52:12 | Longitude | 0 | 93298262 | Alias Verified | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:52:12 | Latitude | 0 | 44950935 | Alias Verified | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:52:12 | Address | 2851 HEN | 2851 HENNEPIN AV | Alias Verified | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:22 | Incident_Type | 2 Officer Response - Pct Car | 2 Officer Response - Pct Car | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:22 | Priority_Number | 0 | 1 | | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:22 | Priority_Description | 1 | 1 | | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:22 | ResponsePlanType | 0 | 1 | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:22 | Response_Plan | | P5 2 Officer Response | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:22 | Problem | | Silent Alarm (P) | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:22 | DispatchLevel | | Default | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:27 | Map_Info | | 108G | | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:53:27 | Pickup_Map_Info | | 108G | | Response_Transports | T01 | CT138441 |
| 6/5/2024 | 23:53:31 | Unread Incident | True | False | (Response Viewer) | Incident | P05 | 133238 |
| 6/5/2024 | 23:55:05 | Call_Back_Phone | | [redacted] 13.82 | (Response Viewer) | Response_Master_Incident | T01 | CT138441 |
| 6/5/2024 | 23:55:05 | Call Back Phone | | | (Response Viewer) | Incident | T01 | CT138441 |
| 6/6/2024 | 00:31:50 | Unread Comment | False | True | (Response Viewer) | Incident | CADMOB01PMobile1 | |

Custom Time Stamps
**No Custom Time Stamps**

Custom Data Fields
**No Custom Data Fields**

Attachments
**No Attachment**

# MINNEAPOLIS POLICE DEPARTMENT



**GENERAL OFFENSE PUBLIC INFORMATION REPORT**
**PUBLIC INFORMATION REPORT**
**(NARCOTICS VIOLATION)**

## General Offense Information

**Operational Status** OPEN/ACTIVE
**Reported On** JUN-05-2024 2356
**Occurred On** JUN-05-2024 2355
**Report Submitted By** 1537 - DIDOVIC, ADNAN
**Accompanied By** 6736 - SPORNY, STEPHEN CHRISTOPHER
**Address** 2851 HENNEPIN AVE
**Municipality** MINNEAPOLIS
**County** HENNEPIN
**Precinct** 5 **Sector** 1 **Grid** 45
**Felony/ Misdemeanor** FELONY

***EVENT VIDEO***

**Type Of Video** BODY WORN VIDEO AVAILABLE
**P Number**

## Offenses (Completed/Attempted)

**Offense #** 1 NARC-0 NARCOTICS VIOLATION - COMPLETED
**Statute** 152.021 NARCOTICS VIOLATION
**Suspected Of Using** N/A

**Offense #** 2 OBSTRU-1 OBSTRUCT LEGAL PROCESS - COMPLETED
**Suspected Of Using** N/A

**Offense #** 3 FORCE-0 USE OF FORCE - COMPLETED
**Suspected Of Using** N/A

# MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2024-153307
OPEN/ACTIVE

**GENERAL OFFENSE PUBLIC INFORMATION REPORT**
**PUBLIC INFORMATION REPORT**
**(NARCOTICS VIOLATION)**

## Related Person(s)

### 1. ARRESTEE # 1 - HOEL, R0BERT BROOKS

**Sex** MALE
**Age** 48

### CHARGE SUMMARY

***CHARGE # 1***

**Offense Date** JUN-06-2024 30
**Offense** NARCOTICS VIOLATION - COMPLETED
**Charge Statute** F 152.021
**Domestic Violence** NO

**Offense** NARC- 0 NARCOTICS VIOLATION - COMPLETED
**Arrest Date** JUN-06-2024 (THU.)
**Arrest Type** ON VIEW ARREST (LOCAL ARREST NO WARRANT)

13.82

[redacted]

MINNEAPOLIS POLICE DEPARTMENT

GO# MP 2024-153307
OPEN/ACTIVE

GENERAL OFFENSE PUBLIC INFORMATION REPORT
PUBLIC INFORMATION REPORT
(NARCOTICS VIOLATION)

## Narrative Text

**Type** PUBLIC NARRATIVE
**Author** 1537 - DIDOVIC, ADNAN
**Related Date** Jun-06-2024 1:37

Officers responded to the above location on the above date and time for a silent alarm. Officers located two male who were described by caller who was watching the cameras in the area. Officers spoke with both parties involved, one party was identified and released while the other was booked into Hennepin County Jail for PC narcotics. My BWC was on for the duration of the call.

***** END OF HARDCOPY *****