RECEIVED
MAY 2 2 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# CIVIL COVER SHEET

25-cv-2212-JRT/JFD

## I. (a) PLAINTIFFS

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**Hennepin**:**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER):**

In propria persona, sui juris

## DEFENDANTS

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff's Office;
Officer Adnan Dipovic, Badge #1537; Officer Stephen Sporny, Badge #6736;
Sergeant David Gagnon, Badge #9315; John Does 1–X

**(b) COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**Hennepin**:**

## II. BASIS OF JURISDICTION

■ 1 U.S. Government Plaintiff ■ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Diversity Cases Only)

■ N/A – Federal Question Case

## IV. NATURE OF SUIT

■ 440 Civil Rights – Other ■ 550 Prisoner Civil Rights

## V. ORIGIN

■ 1 Original Proceeding

## VI. CAUSE OF ACTION

42 U.S.C. § 1983, §§ 1985, 1986; State Tort Claims

Violation of Plaintiff's Fourth and Fourteenth Amendment rights through unlawful arrest, search, and seizure; conspiracy to violate civil rights; conversion and deprivation of property; failure to train and supervise.

## VII. REQUESTED IN COMPLAINT

■ Jury Trial Demanded

■ Monetary and Injunctive Relief Requested

## VIII. RELATED CASE(S) IF ANY

None known

DATE: 2025-05-22
In propria persona, sui juris

SIGNATURE OF ATTORNEY OF RECORD: /s/ Robert Brooks Hoel

/s/ Robert Brooks Hoel
RH