**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

RECEIVED
MAY 2 2 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Robert Brooks Hoel,
Plaintiff,

v.

City of Minneapolis, et al.,
Defendants.

Case No. 25-cv-2212-JRT/JFD

MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff Robert Brooks Hoel respectfully moves this Court for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and states as follows:

1. Plaintiff is unable to pay the costs of these proceedings due to financial hardship.

2. Plaintiff is not currently employed and has no income or assets.

3. Plaintiff is not receiving public assistance and has not filed any prior IFP motions in the last 12 months.

4. Plaintiff respectfully requests that the Court grant leave to proceed without prepayment of fees or costs.

Dated: 5/22/25

Respectfully submitted,
Without Prejudice
Robert-Brooks: Hoel

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
In propria persona, sui juris