**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

RECEIVED
MAY 22 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Robert Brooks Hoel,
Plaintiff,

v.

City of Minneapolis, et al.,
Defendants.

Case No. 25-cv-2212-JRT/JFD

AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Robert Brooks Hoel, declare under penalty of perjury that the following information is true and correct:

1. I am the Plaintiff in the above-captioned case.

2. I am currently unemployed and have no source of income.

3. I have no assets, including no bank accounts, property, or investments.

4. I do not receive public assistance, disability, Social Security, or unemployment benefits.

5. I have no dependents and no regular monthly expenses.

6. I am not incarcerated and do not have any outstanding court costs or obligations.

I understand that a false statement or answer to any question in this affidavit may result in dismissal of my claims and/or prosecution for perjury.

Executed on ____________________

______________________________

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401