**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ROBERT BROOKS HOEL,

Plaintiff,

v.

CITY OF MINNEAPOLIS, MINNEAPOLIS POLICE DEPARTMENT, HENNEPIN COUNTY SHERIFF'S OFFICE, ADNAN DIPOVIC, STEPHEN SPORNY, DAVID GAGNON, AND JOHN DOES 1–X,

Defendants.

Case No. 25-CV-2212 (JRT/JFD)

**ORDER**

---

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Robert Brooks Hoel's Motion to Proceed In Forma Pauperis (Dkt. No. 2) is **GRANTED**.

2. Mr. Hoel must submit a properly completed Marshal Service Form (Form USM-285) for each Defendant. If Mr. Hoel does not complete and return the Marshal Service Forms within 30 days of this Order's date, the Court will recommend dismissing this action without prejudice for failure to prosecute. Marshal Service Forms will be provided to Mr. Hoel by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court shall seek waiver of service from Defendants Adnan Dipovic, Stephen Sporny, and David

Gagnon (as sued in their individual capacities), consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a defendant sued in his individual capacity fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5. The U.S. Marshals Service is directed to effect service of process on Defendant Hennepin County, consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

6. After the return of the completed Marshal Service Forms, the U.S. Marshals Service is directed to effect service of process on Defendants City of Minneapolis, Minneapolis Police Department, and Defendants Dipovic, Sporny, and Gagnon (as sued in their official capacities with the City of Minneapolis) consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

Dated: May 27, 2025

_*s/ John F. Docherty*_____________
JOHN F. DOCHERTY
United States Magistrate Judge