[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis et al

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Hennepin County Sheriff's Office

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance: May 29, 2025

RECEIVED
JUN 0 2 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED LT
JUN 0 3 2025
U.S. DISTRICT COURT MPLS

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Hennepin County Administrator was received by me on *(date)* 5-29-2025.

I personally served the summons on the individual at *(place)* ______ on *(date)* ______ *; or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Kris Candido, who is designated by law to accept service of process on behalf of *(name of organization)* Hennepin County on *(date)* 6-2-2025 ; or

I returned the summons unexecuted because ______; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 6-2-2025

[signature]
*Server's signature*

J. Lowey DUSM
*Printed name and title*

300 S. 4th St. MPLS MN 55415
*Server's address*

Additional information regarding attempted service, etc: