Robert Brooks Hoel, being duly sworn, deposes and says that I am the Plaintiff in the above-captioned action and have authorized the filing of this Complaint. I have reviewed the allegations made in the Complaint, and to those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I do not have personal knowledge, I rely on information or documents and believe them to be true.

_Robert Brooks Hoel_

Robert Brooks Hoel

Sworn to me this ⟮⟯ day of June, 2025.

_____

Notary Public

SCANNED
JUN 13 2025
U.S. DISTRICT COURT MPLS

RECEIVED
JUN 12 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA