AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v. Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: City of Minneapolis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*_____________________________________________ was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*___________________________________ _________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________ _______________________________, a person of suitable age and discretion who resides there, on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is designated by law to accept service of process on behalf of *(name of organization)*___________________ _________________ on *(date)* ____________; or

I returned the summons unexecuted because ______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

______________________________________________
*Server's signature*

______________________________________________
*Printed name and title*

______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v.

Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Minneapolis Police Department

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*_______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

______________________________________________
*Server's signature*

______________________________________________
*Printed name and title*

______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v.

Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Officer Stephen Sporny

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v.

Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: Sergeant Phillip Gangnon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v. Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Officer Adnan Didovic

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT DISTRICT OF MINNESOTA Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*______________________________________________
was received by me on *(date)* ___________________.

I personally served the summons on the individual at *(place)*____________________________________
_________________________________ on *(date)* _____________*; or*

I left the summons at the individual's residence or usual place of abode with *(name)* _________________
_______________________________, a person of suitable age and discretion who resides there,
on *(date)*_________________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* _______________________, who is
designated by law to accept service of process on behalf of *(name of organization)*___________________
_________________ on *(date)* ____________; or

I returned the summons unexecuted because _______________________________; or

Other *(specify)*:

My fees are $_______________ for travel and $_______________ for services, for a total of $_______________.

I declare under penalty of perjury that this information is true.

Date: _______________

_______________________________________________
*Server's signature*

_______________________________________________
*Printed name and title*

_______________________________________________
*Server's address*

Additional information regarding attempted service, etc: