**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

vs.

City of Minneapolis, et al.,

Defendants.

Case No. 25-cv-02212 (JRT/JFD)

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and Plaintiff that Sarah McLaren and Matthew Messerli shall appear as counsel of record for Defendant Hennepin County Sheriff's Office in this action.

MARY F. MORIARTY
Hennepin County Attorney

Dated: June 19, 2025

By: *s/ Sarah McLaren*

SARAH McLAREN (#0345878)
Senior Assistant County Attorney
MATTHEW L.R. MESSERLI (#0403677)
Assistant County Attorney
2000A Government Center, MC200
300 South Sixth Street
Minneapolis, MN 55487
Telephone: (612) 596-0683
FAX No: (612) 348-8299
Sarah.McLaren@hennepin.us
Matthew.Messerli@hennepin.us

*Attorney for Defendant Hennepin County Sheriff's Office*