**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,
Plaintiff,

vs.

City of Minneapolis, Minneapolis Police Department, Hennepin County Sheriff's Office, Officer Adnan Didovic, Officer Stephen Sporny, Sergeant Phillip Gangnon, John Does 1-X,
Defendants.

Case No. 25-cv-02212 (JRT/JFD)

**DEFENDANT HENNEPIN COUNTY SHERIFF OFFICE'S MOTION TO DISMISS**

---

**PLEASE TAKE NOTICE** that Defendant Hennepin County moves to dismiss all claims against it with prejudice under Federal Rule of Civil Procedure 12. The motion is based on the records and file of this case, including the memorandum of law and related supporting documents to filed in support of the motion.

MARY F. MORIARTY
Hennepin County Attorney

Dated June 27, 2025

By: /s/*Matthew Messerli*
Matthew L. R. Messerli (0403677)
Assistant Hennepin County Attorney
Sarah McLaren (0345878)
Senior Assistant Hennepin County Attorney
A-1300 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Tel.: (612) 348-0727
(612) 348-2925
Matthew.Messerli@hennepin.us
Sarah.McLaren@hennepin.us

*Attorneys for Defendant Hennepin County Sheriff's Office*