**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis, et al.,

Defendants.

Case Number: 25-CV-2212 (JRT/JFD)

**LR 7.1 CERTIFICATE OF COMPLIANCE**

---

I, Matthew Messerli, certify that the:

Memorandum titled: Defendant Hennepin County Sheriff Office's Memorandum of Law in Support of Motion to Dismiss complies with Local Rules 7.1(f) and LR 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word for Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document is typewritten, set in font size 13, and contains 2,421 words.

MARY F. MORIARTY
Hennepin County Attorney

Dated June 27, 2025

By: /s/*Matthew Messerli*

Matthew L. R. Messerli (0403677)
Assistant Hennepin County Attorney
Sarah McLaren (0345878)
Senior Assistant Hennepin County Attorney
A-1300 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Tel.: (612) 348-0727
(612) 348-2925
Matthew.Messerli@hennepin.us
Sarah.McLaren@hennepin.us

*Attorneys for Defendant Hennepin County Sheriff's Office*