**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

vs.

City of Minneapolis, Minneapolis Police Department, Hennepin County Sheriff's Office, Officer Adnan Didovic, Officer Stephen Sporny, Sergeant Phillip Gangnon, John Does 1-X,

Defendants.

Case No. 25-cv-02212 (JRT/JFD)

**DEFENDANT HENNEPIN COUNTY SHERIFF OFFICE'S MEET AND CONFER STATEMENT ON MOTION TO DISMISS**

---

Pursuant to Local Rule 7.1(a), I, Matthew Messerli, certify that Defendant Hennepin County Sheriff's Office has been unable to meet and confer with Plaintiff regarding the Hennepin County Sheriff Office's Motion to Dismiss. On June 26, 2025, I e-mailed Plaintiff and advised him that the Hennepin County Sheriff's Office planned to file a motion to dismiss his Amended Complaint. I asked for an opportunity to meet and confer regarding the motion, and as of the time of filing I have not received a response.

MARY F. MORIARTY
Hennepin County Attorney

Dated June 27, 2025

By: /s/*Matthew Messerli*

Matthew L. R. Messerli (0403677)
Assistant Hennepin County Attorney
Sarah McLaren (0345878)
Senior Assistant Hennepin County Attorney
A-1300 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Tel.: (612) 348-0727
(612) 348-2925
Matthew.Messerli@hennepin.us
Sarah.McLaren@hennepin.us

*Attorneys for Defendant Hennepin County Sheriff's Office*