**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,
Plaintiff,

vs.

City of Minneapolis, Minneapolis Police Department, Hennepin County Sheriff's Office, Officer Adnan Didovic, Officer Stephen Sporny, Sergeant Phillip Gangnon, John Does 1-X,
Defendants.

Case No. 25-cv-02212 (JRT/JFD)

**DEFENDANT HENNEPIN COUNTY SHERIFF OFFICE'S NOTICE OF HEARING ON MOTION TO DISMISS**

---

TO: Plaintiff Robert Brooks Hoel, General Delivery, Minneapolis MN 55401.

**PLEASE TAKE NOTICE** that Defendants' motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure will be heard before the Honorable J John R. Tunheim, Sr. U.S. District Judge, on at a date and time of the Court's determination.

MARY F. MORIARTY
Hennepin County Attorney

Dated June 27, 2025

By: /s/*Matthew Messerli*
Matthew L. R. Messerli (0403677)
Assistant Hennepin County Attorney
Sarah McLaren (0345878)
Senior Assistant Hennepin County Attorney
A-1300 Government Center
300 South Sixth Street
Minneapolis, MN 55487
Tel.: (612) 348-0727
(612) 348-2925
Matthew.Messerli@hennepin.us
Sarah.McLaren@hennepin.us

*Attorneys for Defendant Hennepin County Sheriff's Office*