**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

vs.

City of Minneapolis, Minneapolis Police Department, Hennepin County Sheriff's Office, Officer Adnan Didovic, Officer Stephen Sporny, Sergeant Phillip Gangnon, John Does 1-X,

Defendants.

Case No. 25-cv-02212 (JRT/JFD)

**[PROPOSED] ORDER ON HENNEPIN COUNTY SHERIFF OFFICE'S MOTION TO DISMISS**

---

The above-entitled matter came before the Court pursuant to Defendant Hennepin County Sheriff Office's motion to dismiss.

Based upon all the files, records, and proceedings herein, as well as the arguments of the parties, the Court hereby Orders:

**ORDER**

1. Plaintiff Robert Brooks Hoel's claims against Defendant Hennepin County Sheriff's Office are dismissed in full, with prejudice.

**Let judgment be entered accordingly.**

Dated: ________

By: ________________________________
Hon. John R. Tunheim
Sr. U.S. District Judge