U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Robert Brooks Hoel | COURT CASE NUMBER: 0:25-cv-02212-JRT-JFD |
| DEFENDANT: City of Minneapolis | TYPE OF PROCESS: Summons and complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Minneapolis City Attorney

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 300 S 5th St. Room 210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert Hoel
General Delivery
Minneapolis, Minnesota 55401
bobhoel@gmail.com

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Serve in offical capacity

Fold

RECEIVED
JUL 15 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

REC'D U.S. MARSHAL MPLS
JUN 20 '25 AM8:28

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Robert-Brooks: Hoel | ☒ PLAINTIFF ☐ DEFENDANT | 612-234-2169 | 6/16/25 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 41 | No. 41 | [signature] | 6-25-25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Jackie Hanson, Assistant City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Minneapolis City Clerk - City Hall

Date of Service: 7/9/25 Time: 0950 (am) pm

Signature of U.S. Marshal or Deputy: C Stone 32771

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| Ø | 0 | Ø | Ø | | Ø | |

REMARKS:
1st Endeavor: 7/2/25, 11:35am, Minneapolis City Atty. No answer.
2nd Endeavor: 7/7/25, 9:35am, Minneapolis City Clerk. office moving, will reopen on 7/8/25.

SCANNED
JUL 16 2025
U.S. DISTRICT COURT MPLS

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**
**(Instructions Rev. 12/08)**

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D U.S.
JUN 20 '25 AM8:28

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v. Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis, et al.,

*Defendant.*

**SUMMONS IN A CIVIL ACTION**

To: City of Minneapolis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: K. M. Fogarty

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25–cv–02212–JRT–JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* City of Minneapolis
was received by me on *(date)* 6/25/25.

I personally served the summons on the individual at *(place)* Minneapolis City Hall City Clerks office on *(date)* 7/9/25 *; or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________, a person of suitable age and discretion who resides there,
on *(date)*______________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* ______________, who is designated by law to accept service of process on behalf of *(name of organization)*______________ ______________ on *(date)* ______________; or

I returned the summons unexecuted because ______________; or

Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: 7/9/25

C Stone
*Server's signature*

Cassandra Stone, DUSM
*Printed name and title*

300 S 4th St #402 Minneapolis, MN
*Server's address*

Additional information regarding attempted service, etc:

1st Endeavor: 7/2/2025, 11:35am, Minneapolis City Atty. No answer at door, left voicemail for on-duty attorney.
2nd Endeavor: 7/7/2025, 9:35a, City Clerk → office closed for moving, will reopen 7/8/25.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Robert Brooks Hoel | COURT CASE NUMBER: 0:25-CV-02212-JRT-JFD |
| DEFENDANT: Minneapolis Police Department | TYPE OF PROCESS: Summons and complaint |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Minneapolis City Attorney

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 350 S 5th St, Room 210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert Brooks Hoel
General Delivery
Minneapolis, Minnesota 55401
bobhoel@gmail.com

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold — Fold

Serve in offical capacity

REC'D U.S. MARSHAL MPLS
JUN 20 '25 AM8:27

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Robert-Brooks: Hoel | ☒ PLAINTIFF ☐ DEFENDANT | 612-234-2169 | 6/12/25 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 41 | No. 41 | [signature] | 6-25-2025 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Jackie Hanson, Assistant City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Minneapolis City Clerk - City Hall

| Date of Service | Time |
|---|---|
| 7/9/25 | 0950 am |

Signature of U.S. Marshal or Deputy: CStone, 32771

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| Ø | Ø | Ø | Ø | | Ø | |

REMARKS:
1st Endeavor: 7/2/25, 11:35am, Minneapolis City Atty. No answer.
2nd Endeavor: 7/7/25, 9:35am, City Clerk → office closed due to moving, will reopen 7/8/25.

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)**

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D
JUN 20 '25

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v.

Case No. 0:25–cv–02212–JRT–JFD

City of Minneapolis, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Minneapolis Police Department

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA

Kate M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25-cv-02212-JRT-JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Minneapolis Police Dept.
was received by me on *(date)* 6/25/25.

I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* __________; *or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Jackie Hanson, who is
designated by law to accept service of process on behalf of *(name of organization)* Minneapolis Police Dept on *(date)* 7/9/25; or

I returned the summons unexecuted because ______________________; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 7/9/25

C Stone
*Server's signature*

Cassandra Stone, DUSM
*Printed name and title*

300 S 4th St #402 Minneapolis MN
*Server's address*

Additional information regarding attempted service, etc:

1st Endeavor: 7/2/2025, 11:35am, Minneapolis City Attorney
No answer at door, left voicemail for on-duty attorney.
2nd Endeavor: 7/7/25, 9:35a, City Clerk → office closed due to moving, will re-open 7/8/25.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Robert Brooks Hoel
COURT CASE NUMBER: 0:25-cv-02212-JRT-JFD

DEFENDANT: Phillip Gangnon 2179
TYPE OF PROCESS: Summons and complaint

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Minneapolis Police Department

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 350 S 5th St Room 130 Minneapolis, MN 55415

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert Hoel
General Delivery
Minneapolis, Minnesota 55401

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 6
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold

Serve in both individual and offical capacity

Fold

REC'D U.S. MARSHAL MPLS
JUN 20 '25 AM8:34

Signature of Attorney or other Originator requesting service on behalf of: Robert-Brooks: Hoel
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 612-234-2169
DATE: 6/12/25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 41 | No. 41 | [signature] | 6-25-25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Jackie Hanson, Assistant City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Minneapolis City Clerk - City Hall

Date of Service: 7/9/25 Time: 0950 (am) pm

Signature of U.S. Marshal or Deputy: CStone 32771

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| Ø | Ø | Ø | Ø | | Ø | |

REMARKS:
1st endeavor: 7/2/25, 11:35am, Minneapolis City Atty. No answer.
2nd endeavor: 7/7/25, 9:35a, Minneapolis City Clerk, office moving will reopen 7/8/25.

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)**

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

REC'D
JUN

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v. Case No. 0:25–cv–02212–JRT–JFD

City of Minneapolis, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Sergeant Phillip Gangnon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Minneapolis Police Dept, Phillip Gangnon
was received by me on *(date)* 6/25/25.

I personally served the summons on the individual at *(place)* ______ on *(date)* ______ *; or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Jackie Hanson, who is designated by law to accept service of process on behalf of *(name of organization)* Minneapolis PD. ______ on *(date)* 7/9/25 ; or

I returned the summons unexecuted because ______ ; or

Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 7/9/25

C Stone
*Server's signature*

Cassandra Stone, DUSM
*Printed name and title*

300 S 4th St #402 Minneapolis, MN
*Server's address*

Additional information regarding attempted service, etc:

1st endeavor: 7/2/2025, 11:35am, Minneapolis City Atty. No answer at door, left voicemail for on-duty attorney.
2nd endeavor: 7/7/2025, 9:35a, City Clerk → office closed for moving, will re-open 7/8/25.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Robert Brooks Hoel

COURT CASE NUMBER: 0:25-cv-02212-JRT-JFD

DEFENDANT: Stephen Sporny 6736

TYPE OF PROCESS: Summons and Complaint

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Minneapolis Police Department

**AT** — ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 350 S 5th St Room 130 Minneapolis, MN 55415

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
bobhoel@gmail.com

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold

Serve in both individual and offical capacity

Fold

REC'D U.S. MARSHAL MPLS
JUN 20 '25 AM8:27

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Robert-Brooks-Hoel | ☒ PLAINTIFF ☐ DEFENDANT | 612-234-2169 | 6/12/25 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 41 | No. 41 | [signature] | 6-25-25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Jackie Hanson, Assistant City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Minneapolis City Clerk - City Hall

Date of Service: 7/9/25 — Time: 0950 am / pm

Signature of U.S. Marshal or Deputy: C Stone 32771

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| Ø | Ø | Ø | Ø | | Ø | |

REMARKS:
1st Endeavor: 7/2/25, 11:35a, Minneapolis City Atty. No answer
2nd Endeavor: 7/7/25, 9:35a, City Clerk → office moving, will reopen 7/8/25.

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v. Case No. 0:25−cv−02212−JRT−JFD

City of Minneapolis, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Officer Stephen Sporny

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: K. M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25–cv–02212–JRT–JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Minneapolis P.D., Stephen Sporny was received by me on *(date)* 6/25/25.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ *; or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jackie Hanso, who is designated by law to accept service of process on behalf of *(name of organization)* Minneapolis P.D. on *(date)* 7/9/25; or

☐ I returned the summons unexecuted because ______; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 7/9/25

C Stone
*Server's signature*

Cassandra Stone, DUSM
*Printed name and title*

300 S 4th St #402 Minneapolis, MN
*Server's address*

Additional information regarding attempted service, etc:

1st Endeavor: 7/2/2025, 11:35am, Minneapolis City Atty. No answer at door, left voicemail for on-duty attorney.

2nd Endeavor: 7/7/25, 9:35a., City Clerk → office closed due to moving, will re-open 7/8/2025.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: Robert Brooks Hoel | COURT CASE NUMBER: 0:25-cv-02212-JRT-JFD |
| DEFENDANT: Adnan Didovic 1537 | TYPE OF PROCESS: Summons and complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Minneapolis Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 350 S 5th St, Room 130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert Hoel
General Delivery
minneapolis, Minnesota 55401
bob.hoel@gmail.com

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses*, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Serve in both individual and offical capacity

Fold

REC'D U.S. MARSHAL MPLS
JUN 20 '25 AM8:28

Signature of Attorney or other Originator requesting service on behalf of: Robert-Brooks: Hoel

☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 612-234-2169

DATE: 6/18/25

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 41 | No. 41 | [signature] | 6-25-25 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Jackie Hanson, Assistant City Clerk

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: Minneapolis City Clerk - City Hall

Date of Service: 7/9/25 Time: 0950 (am)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| Ø | Ø | Ø | Ø | | Ø | |

REMARKS:
1st Endeavor: 7/2/25, 11:35a, City Atty for Minneapolis. No answer.
2nd Endeavor: 7/7/25, 9:35a, City Clerk → office closed, will re-open 7/8/2025.

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)**

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

EC'D U.S
JUN 20

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Robert Brooks Hoel,

*Plaintiff,*

v.

Case No. 0:25–cv–02212–JRT–JFD

City of Minneapolis, et al.,

*Defendant.*

---

**SUMMONS IN A CIVIL ACTION**

To: Officer Adnan Didovic

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By:

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 18, 2025

[redacted]

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25−cv−02212−JRT−JFD

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Minneapolis P.D., Adnan Didovic was received by me on *(date)* 6/25/25.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ________ *; or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Jackie Hanson, who is designated by law to accept service of process on behalf of *(name of organization)* Minneapolis P.D. on *(date)* 7/9/25 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ Ø.

I declare under penalty of perjury that this information is true.

Date: 7/9/25

C. Stone CStone
*Server's signature*

Cassandra Stone, DUSM
*Printed name and title*

300 S 4th St #402, Minneapolis, MN
*Server's address*

Additional information regarding attempted service, etc:

1st Endeavor: 7/2/2025, 11:35am, Minneapolis City Atty. No answer at door, left voicemail for on-duty attorney.

2nd Endeavor: 7/7/2025, 9:35a, City Clerk, office closed due to moving, will re-open 7/8/2025.