UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Officer Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**MOTION TO DISMISS BY DEFENDANT CITY OF MINNEAPOLIS, ADNAN DIDOVIC, STEPHEN SPORNY, PHILLIP GANGNON**

Defendant City of Minneapolis hereby moves the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiff Robert Brooks Hoel's Amended Compliant (ECF No. 9). This Motion is made upon all the files, records and proceedings herein, including arguments of counsel at a hearing before the Court.

Dated: July 30, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Adam E. Szymanski*
ADAM E. SZYMANSKI (#3997704)
Assistant City Attorney
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2186
adam.szymanski@minneapolismn.gov

*Attorney for Defendant City of Minneapolis*