UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**MEET AND CONFER STATEMENT**

---

On behalf of Defendant City of Minneapolis, I, Adam Szymanski, hereby certify that Defendant City of Minneapolis has been unable to meet and confer with Plaintiff regarding the City's Motion to Dismiss. On July 25, 2025, I e-mailed Plaintiff to tell him that the City planned to file a motion to dismiss his Amended Complaint. I asked for an opportunity to meet and confer regarding the motion, and, as of the time of filing, have not received a response.

Dated: July 30, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Adam E. Szymanski*
ADAM E. SZYMANSKI (#3997704)
Assistant City Attorney
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210

Minneapolis, MN 55415
(612) 673-2186
adam.szymanski@minneapolismn.gov

*Attorney for Defendant City of Minneapolis*