UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

---

The above-entitled matter came before the Court pursuant to Defendant City of Minneapolis' Motion to Dismiss Plaintiff Robert Brooks Hoel's Amended Complaint (ECF No. 9) under Federal Rule of Civil Procedure 12(b)(6).

Based upon all the files, records, and proceedings herein, as well as the arguments of the parties, **IT IS HEREBY ORDERED** that:

1. Defendant City Defendant of Minneapolis Motion to Dismiss is GRANTED.

2. Each of Plaintiff Robert Brooks Hoel's claims against Defendant City of Minneapolis are dismissed with prejudice.

Dated:

______________________________
JOHN R. TUNHEIM
United States District Judge