UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Officer Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**MOTION TO DISMISS BY DEFENDANTS OFFICER ADNAN DIDOVIC, OFFICER STEPHEN SPORNY, AND SERGEANT PHILLIP GANGNON**

---

Defendants Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon hereby move to dismiss the Amended Complaint (ECF No. 9) under Federal Rule of Civil Procedure Rule 12(b)(6). The Motion is made upon all the files, records and proceedings herein, including arguments of counsel at a hearing before the Court.

Dated: August 18, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Adam E. Szymanski*
ADAM E. SZYMANSKI (#3997704)
Assistant City Attorney
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2186
adam.szymanski@minneapolismn.gov

*Attorney for Defendants Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon*