UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Officer Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**NOTICE OF HEARING ON MOTION TO DISMISS BY DEFENDANT OFFICER ADNAN DIDOVIC, OFFICER STEPHEN SPORNY, AND SERGEANT PHILLIP GANGNON**

---

PLEASE TAKE NOTICE THAT Defendants Officer Adnan Didovic's, Officer Stephen Sporny's, and Sergeant Phillip Gangnon's Motion to Dismiss to Plaintiff Robert Hoel's Amended Complaint (ECF No. 9) will be heard before the Honorable John R. Tunheim, Sr. U.S. District Judge, on at a date and time of the Court's determination.

Dated: August 18, 2025

KRISTYN ANDERSON
City Attorney
By

*<u>/s/ Adam E. Szymanski</u>*
ADAM E. SZYMANSKI (#3997704)
Assistant City Attorney
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2186
adam.szymanski@minneapolismn.gov

*Attorney for Defendants Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon*