UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Officer Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**DEFENDANT CITY OF MINNEAPOLIS' RULE 115.10 MEET-AND-CONFER CERTIFICATION**

---

On behalf of Defendants Officer Adan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon, I, Adam Szymanski, hereby certify that I have been unable to meet and confer with Plaintiff regarding the City's Motion to Dismiss. On August 14, 2025, I e-mailed Plaintiff to tell him that the City planned to file a motion to dismiss his Amended Complaint. I asked for an opportunity to meet and confer regarding the motion, and, as of the time of filing, have not received a response.

Dated: August 18, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Adam E. Szymanski*
ADAM E. SZYMANSKI (#3997704)
Assistant City Attorney
Minneapolis City Attorney's Office
350 South Fifth Street, Room 210

Minneapolis, MN 55415
(612) 673-2186
adam.szymanski@minneapolismn.gov

*Attorney for Defendants Officer Adan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon*