UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**LR 7.1 WORD COUNT CERTIFICATE COMPLIANCE**

---

I, Adam Szymanski, certify that the Memorandum of Law in Support of Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h). I further certify that, in preparation of this document, I used the following word processing program and version: Microsoft Word for Microsoft 365 Enterprise Version 2308 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, not including the caption and signature block. I further certify that the above document contains 2,894 words.

Dated: August 18, 2025

KRISTYN ANDERSON
City Attorney
By

*/s/ Adam E. Szymanski*
ADAM E. SZYMANSKI (#3997704)
Assistant City Attorney

Minneapolis City Attorney's Office
350 South Fifth Street, Room 210
Minneapolis, MN 55415
(612) 673-2186
adam.szymanski@minneapolismn.gov

*Attorney for Defendants Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon*