**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Robert Brooks Hoel,**
Plaintiff,

v.

**City of Minneapolis, Minneapolis Police Department, Hennepin County Sheriff's Office, Officer Adnan Didovic, Sergeant Phillip Gangnon, Officer Stephen Sporny, and John Does 1–X,**
Defendants.

Case No. 0:25-cv-02212-JRT-EMB

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION OUT OF TIME

Plaintiff, Robert Brooks Hoel, proceeding **in propria persona**, respectfully moves this Court for leave to file his Opposition to Defendants' Motions to Dismiss (Docs. 14, 25, and 30) out of time, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B).

---

## INTRODUCTION

Plaintiff is a pro se litigant. Multiple Defendants filed separate Motions to Dismiss on staggered schedules:

- Hennepin County Sheriff's Office on June 27, 2025 [Doc. 14];
- City of Minneapolis on July 30, 2025 [Doc. 25];
- Officers Didovic, Gangnon, and Sporny on August 18, 2025 [Doc. 30].

Without the benefit of counsel, Plaintiff misunderstood and miscalculated the response deadlines for the earlier motions. Plaintiff now files this motion promptly and in good faith to request leave of Court to submit his Opposition.

---

## GOOD CAUSE SHOWN

Under Rule 6(b)(1)(B), the Court may extend the time to act where the failure to meet the deadline was the result of "excusable neglect." The Eighth Circuit recognizes four

considerations: danger of prejudice to the non-movant, length of the delay, reason for the delay, and good faith of the movant.

1. **No prejudice to Defendants.** Defendants have already filed their motions and supporting memoranda. Accepting Plaintiff's Opposition causes no prejudice, and briefing extensions are routinely granted.

2. **Length of delay is modest.** The missed deadlines involve a matter of weeks, not months. The third motion (Doc. 30) is still within the current opposition period.

3. **Reason for delay.** Plaintiff is pro se and confronted overlapping, staggered deadlines from multiple Defendants. This constitutes excusable neglect under Rule 6(b)(1)(B).

4. **Good faith.** Plaintiff is acting diligently, filing this Motion together with his completed Opposition (attached as Exhibit A), demonstrating his intent to litigate the case on the merits.

---

**RELIEF REQUESTED**

Plaintiff respectfully requests that the Court:

1. Grant leave to file his Opposition to Defendants' Motions to Dismiss (Docs. 14, 25, and 30) out of time; and

2. Direct the Clerk to accept the attached Opposition Brief (Exhibit A) for filing.

Respectfully submitted,

/s/ Robert Brooks Hoel
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
bobhoel@gmail.com
Plaintiff, in propria persona