**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Robert Brooks Hoel,**
Plaintiff,

v.

**City of Minneapolis, Minneapolis Police Department, Hennepin County Sheriff's Office, Officer Adnan Didovic, Sergeant Phillip Gangnon, Officer Stephen Sporny, and John Does 1–X,**
Defendants.

Case No. 0:25-cv-02212-JRT-EMB

---

**[PROPOSED] ORDER**

The Court has reviewed Plaintiff's Motion for Leave to File Opposition Out of Time. For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Leave to File Out of Time is **GRANTED**.
2. Plaintiff's Opposition to Defendants' Motions to Dismiss (Docs. 14, 25, and 30), attached as Exhibit A to his Motion, is accepted as filed.

SO ORDERED.

Dated: _____________, 2025

---

Hon. John R. Tunheim
United States District Judge