UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff Office; Adnan Didovic, Badge #1537; Officer Stephen Sporny, Badge #6736; Sergeant Phillip Gangnon, Badge #2179; John Does 1-X,

Defendants.

Case No. 0:25-cv-02212-JRT-EMB

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and counsel that she shall appear as counsel on behalf of Defendants City of Minneapolis, Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon.

Plaintiff also named the Minneapolis Police Department as a defendant. (ECF No. 9.) A city police department is not a suable entity as such and is instead just a department or subdivision of the city government. *Ketchum v. City of W. Memphis, Ark.*, 974 F.2d 81, 82 (8th Cir. 1992).

Dated: September 9, 2025

KRISTYN ANDERSON
City Attorney
By: *<u>/s/ Sara J. Lathrop</u>*
ADAM E. SZYMANSKI (#397704)
SARA J. LATHROP (#310232)
Assistant City Attorneys
Minneapolis City Attorney's Office
350 South Fifth Street
Minneapolis, MN 55415

(612) 673-2186
adam.szymanski@minneapolismn.gov
(612) 431-1826
sara.lathrop@minneapolismn.gov

*Attorneys for Defendant City of Minneapolis, Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon*