**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Robert Brooks Hoel , Case No. 0:25-cv-02212 (JRT/EMB)

Plaintiff,

v.

City of Minneapolis; Minneapolis Police Department; Hennepin County Sheriff's Office; Officer Adnan Didovic; Sergeant Phillip Gagnon; Officer Stephen Sporny; and John Does 1-X

Defendants,

**LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE**

I, Robert Brooks Hoel, certify that the foregoing document titled: PLANTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS complies with the word count limitations of Local Rule 7.1(f).

I further certify that the document contains 522 words, including all text, headings, and footnotes, and excluding the caption, signature block, and this certificate. This count was obtained using the Microsoft Word word-count function.

Dated: October 24, 2025

Respectfully submitted,

/s/ Robert Brooks Hoel

Robert Brooks Hoel