**NOTICE OF ERRONEOUS FILING**

Case: 0:25-cv-02212-JRT-EMB
Plaintiff: Robert Brooks Hoel

Plaintiff respectfully notifies the Court that Docket Entry No. 47 (AO-85 Magistrate Consent/Declination Form) was filed in this matter in error. The document pertains to a different case: Hoel v. Prouse, et al., 0:25-cv-02342-ECT-LIB.

Plaintiff has since filed the document in the correct case.

Respectfully,
/s/ Robert Brooks Hoel
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
December 5, 2025