# UNITED STATES DISTRICT COURT

## District of Minnesota

Robert Brooks Hoel,

Plaintiff,

v.

City of Minneapolis, Minneapolis Police Department, Hennepin County Sheriff's Office, Officer Stephen Sporny, John Does 1-X, Sergeant Phillip Gangnon, Officer Adnan Didovic,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-2212 JRT/EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Hennepin County Sheriff's Office Motion to Dismiss (Docket No. [14]) is **GRANTED in part**. Plaintiff's claims against the Hennepin County Sheriff's Office and John Does 1-X are **DISMISSED without prejudice**.
2. Motion To Dismiss by Defendants City Of Minneapolis, Adnan Didovic, Stephen Sporny, Phillip Gangnon (Docket No. [25]) is **GRANTED**. Plaintiff's claims against the City of Minneapolis and the Minneapolis Police Department are **DISMISSED without prejudice**.
3. Motion to Dismiss by Defendants Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon (Docket No. [30]) is **GRANTED**. Plaintiff's claims against Officer Adnan Didovic, Officer Stephen Sporny, and Sergeant Phillip Gangnon are **DISMISSED without prejudice**.

Date: 3/3/2026

KATE M. FOGARTY, CLERK